FILED

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0079

_____

EAST BENCH IRRIGATION DISTRICT; UNITED
STATES OF AMERICA (Bureau of Reclamation),

Claimants and Appellees,

EAST BENCH IRRIGATION DISTRICT;
POINT OF ROCKS ANGUS RANCH, INC.,

Objectors and Appellees,

MADISON VALLEY GARDEN RANCH, LLC,

Counterobjector and Appellee,

OPEN A RANCH, INC.,

Counterobjector and Appellant,

GEODUCK LAND & CATTLE, LLC; SMITH'S
ELK MEADOWS RANCH, LLC,

Notice of Intent to Appear and Appellees,

BAR J RANCH; DAVID E. & SHELLI SCHUETT;
BALDY VIEW ENTERPRISES, LLC; WILLIAM C.
MANCORONAL; ROXANNE E. MANCORONAL;
JUSTICE D. DEVERS; WILLIAM R. GROSE; POINT
OF ROCKS ANGUS RANCH, INC., CLARK
CANYON WATER SUPPLY,

Intervenors and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Russ McElyea, Chief Water Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021